## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIANELA MENA,** | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No.: 4:19-cv-02595 |
| v. | § | |
| | § | |
| **AON RISK SERVICES SOUTHWEST** | § | |
| **INC., AON SERVICE CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| **AON PLC, AND BRUCE JEFFERIS,** | § | |
| | § | |
| **Defendants.** | § | |

### PLAINTIFF'S INITIAL DISCLOSURES UNDER FED. R. CIV. P. RULE 26(a)

COMES NOW, Marianela Mena, Plaintiff herein, and pursuant to Fed. R. Civ. P. 26 files her Initial Disclosures as follows:

**A.     The individuals currently believed to have potentially discoverable information relevant to disputed facts in this litigation:**

See Exhibit "A" attached hereto.

**B.     Documents in Plaintiff's possession which are, or may be, relevant to disputed facts in this action:**

1. Correspondence, emails, and recorded conversations relating to her employment with and termination by Defendants.
2. Policies or manuals from her employment with Defendants.
3. Fee and expense invoices from Plaintiff's attorneys.

**C.     Preliminary computation of Plaintiff's damages to date:**

Plaintiff has past lost wages in an amount of approximately $270,000. Plaintiff has been unable to secure new employment because of Defendants' actions, defamation, and slander, and continues to suffer future lost wages in an amount as of yet unknown. Further, Plaintiff has suffered and continues to suffer reputational and emotional damages because of Defendants' actions, defamation, and slander, and seeks damages for these injuries and punitive damages in an amount to be determined by the trier of fact. Plaintiff has been required to retain attorneys to bring her claims and Plaintiff seeks attorneys' fees and costs in an amount that continues to increase and which cannot be estimated at this time, as well as pre-judgment interest which cannot be calculated at this time.

D.  Insurance policies affording coverage for judgment:

Not applicable.

Dated:  December 13, 2019

Respectfully submitted,

*/s/Fred Hagans*
Fred Hagans
Attorney in Charge
State Bar No. 08685500
S.D. Tex. ID No. 2457
fhagans@hagans.law
Hagans Montgomery Hagans
3200 Travis, Fourth Floor
Houston, Texas 77006
(713) 222-2700
(713) 547-4950 – Facsimile

Of Counsel:

**Kendall C. Montgomery**
State Bar No. 14293900
S.D. Tex. ID No. 4206
kmontgomery@hagans.law
**Hagans Montgomery Hagans**
3200 Travis, Fourth Floor
Houston, Texas 77006
(713) 222-2700
(713) 547-4950 – Facsimile

**Keith Taunton**
State Bar No. 19681100
S.D. Tex. ID No. 5372
ktauton@tsplaw.com
**Taunton, Snyder & Parish**
580 Westlake Park Blvd., Suite 1120
Houston, TX 77079
(713) 961-5800
(713) 993-2308 – Facsimile

**Vincent L. Marable, III**
State Bar No. 12961600

S.D. Tex. ID No. 10385
trippmarable@sbcglobal.net
**PAUL WEBB, P.C.**
221 N. Houston
Wharton, Texas 77488
(979) 532-5331
(979) 532-2902 – Facsimile

**ATTORNEYS FOR PLAINTIFF
MARIANELA MENA**

## CERTIFICATE OF SERVICE

The undersigned certifies that Plaintiff's Initial Disclosures under Fed. R. Civ. P. Rule 26(a) and Exhibit was filed electronically in compliance with Local Rule CV-5.1. As such, this document was served on all counsel of record who have consented to electronic service on this 13th day of December 2019.

*/s/Fred Hagans*
Fred Hagans