## EXHIBIT A

### Persons with Knowledge of Relevant Facts

1. Marianela Mena, Plaintiff
   c/o Fred Hagans
   3200 Travis, 4th Fl.
   Houston, TX  77006
   (713) 222-2700

   Ms. Mena is the Plaintiff and has knowledge of facts involving her claims and causes of action.

2. Petter Pettersen
   c/o Fred Hagans
   3200 Travis, 4th Fl.
   Houston, TX  77006
   (713) 222-2700

   Mr. Pettersen is the husband of Plaintiff and has knowledge of the work experience of Plaintiff and the emotional impact.

3. Joey Hayles
   Crestwood Midstream Partners
   811 Main St. #3400
   Houston, TX  77002
   (832) 519-2200

   Mr. Hayles is the person who AON claims complained about Plaintiff and her actions, and allegedly attributed statements to her about speaking negatively about Aon.

4. David Lopez
   BPZ Energy/Grupo Alfa
   580 Westlake Park Blvd.
   Houston, TX  77079
   (281) 556-6200

   Mr. Lopez has knowledge of his sexual harassment of Plaintiff.

5. James R. Pierce, Jr.
   JLT Specialty
   5847 San Felipe St., Suite 2800

1

Houston, TX 77057
(720) 501-2800

Mr. Pierce has knowledge of conversations with Plaintiff regarding potential employment opportunities, and with Bruce Jefferis' comments about Plaintiff.

6. William "Bill" Helander
   JLT Specialty
   5847 San Felipe St., Suite 2800
   Houston, TX 77057
   (720) 501-2800

   Mr. Helander has knowledge of conversations with Plaintiff regarding potential employment opportunities.

7. Lisa Chines
   Navigators, a brand of The Hartford
   5151 San Felipe St., Suite 700
   Houston, TX 77056
   (713) 629-5480

   Ms. Chines has knowledge regarding investigations conducted following Plaintiff's complaints to management of AON.

8. Richard Blades
   Marsh Wortham
   2727 Allen Parkway
   Houston, TX  77019
   (713) 526-3366

   Mr. Blades has knowledge of communications by AON representatives concerning Plaintiff and/or Plaintiff's termination.

9. Todd Jordan
   Transocean
   4 Greenway Plaza
   Houston, TX 77046
   (713) 232-7500

   Mr. Jordan has knowledge of commissions and programs related to reinsurance issues.

10. Todd Strickler
    Paragon Offshore
    3151 Briarpark Dr., Suite 700
    Houston, TX 77042
    (832) 783-4000

    Mr. Strickler has knowledge of The Paragon account with AON and reasons it was moved.

11. Anthony Roseburr
    Paragon Offshore
    3151 Briarpark Dr., Suite 700
    Houston, TX 77042
    (832) 783-4000

    Mr. Roseburr has knowledge of commission improprieties.

12. Lisa Harris
    JLT/Marsh
    500 Dallas Street, #1500
    Houston, Texas  77002
    (713) 276-8000

    Ms. Harris has knowledge of commission non disclosures.

**The following employees of the AON Defendants:**
        c/o Nehal Anand
        Littler Mendelson, P.C.
        1301 McKinney St., Suite 1900
        Houston, TX 77010
        (713) 951-9400

13. Defendant Bruce Jefferis

    Mr. Jefferis has knowledge regarding Plaintiff's employment, complaints regarding the work environment, including complaints of sexual harassment and hostile work environment, Plaintiff's termination, and communications regarding Plaintiff with third parties.  He also has knowledge of the on-going conduct at the Houston office leading to the complaints.

14. Paul Finnett

Mr. Finnett has knowledge regarding Plaintiff's employment, complaints regarding the work environment, including complaints of sexual harassment and hostile work environment, Plaintiff's termination, and communications regarding Plaintiff with third parties.  He also has knowledge of the on-going conduct at the Houston office leading to the complaints.

15. Tracey Erwin

Ms. Erwin has knowledge regarding Plaintiff's employment, complaints regarding the work environment, including complaints of sexual harassment and hostile work environment, Plaintiff's termination, and communications regarding Plaintiff with third parties.  She also has knowledge of the on-going conduct at the Houston office leading to the complaints.

16. Blake Koen

Mr. Koen has knowledge of the communications and statements attributed by him as having been stated by Joey Hayles of Crestwood Midstream Partners, which alleged statements were utilized by AON as the basis for Plaintiff's termination.

17. Jimmy Winters

Mr. Winters is an AON employee who repeatedly violated Aon's no tolerance policy regarding offensive behavior, discrimination, humiliation, and harassment.

18. Thane Wyman

Mr. Wyman has knowledge regarding Plaintiff's employment, complaints of sexual harassment and hostile work environment, Plaintiff's termination, and communications regarding Plaintiff with third parties. He also has knowledge of the on-going conduct at the Houston office leading to the complaints.

19. Elias Sakellakis

Mr. Sakellakis was involved in review issues and has knowledge of behavioral issues with Paul Foreman and others.

20. William Farnan

Mr. Farnan has knowledge regarding Plaintiff's employment, complaints of sexual harassment and hostile work environment, Plaintiff's termination, and

communications regarding Plaintiff with third parties. He also has knowledge of the on-going conduct at the Houston office leading to the complaints.

21. Charles Philpott

Mr. Philpott has knowledge regarding Plaintiff's employment, complaints of sexual harassment and hostile work environment, Plaintiff's termination, and communications regarding Plaintiff with third parties. He also has knowledge of the on-going conduct at the Houston office leading to the complaints.

22. David Mittelholzer

Mr. Mittelholzer has knowledge regarding Plaintiff's employment, complaints of sexual harassment and hostile work environment, Plaintiff's termination and communications regarding Plaintiff with third parties.  He also has knowledge of the on-going conduct at the Houston office leading to the complaints.

23. Paul Foreman

AON employee with knowledge of his physical intimidation and verbal assaults on employees, including Plaintiff.

24. Janet Hollcroft

Ms. Hollcroft has knowledge about the investigations into Plaintiff's complaints, including sexual harassment and hostile work environment, and of Plaintiff's termination.

25. Susan Swails

Ms. Swails has knowledge regarding issues of non-compliance with reporting of fees and commissions to be earned to clients/customers of AON.

26. Matt Gellotti

Mr. Gellotti has knowledge of communications with third parties concerning Plaintiff.

27. Grace Farrar

Ms. Farrer has knowledge of improper conduct by AON employees and of the hostile work environment.

28. Angela Strong

Ms. Strong has knowledge of improper conduct by AON employees and of the hostile work environment.

29. Kaitlyn McQuillan

Ms. McQuillan has knowledge of improper conduct by AON employees and of the hostile work environment.

30. Kelly Bluhm

Ms. Bluhm has knowledge of improper conduct by AON employees and of the hostile work environment.

31. Justin Treat

Account Specialist – interviewed during the investigation. His computer was hacked into and an email was sent to Thane Wyman - "I think about you all the time, I even think about you in the shower."

32. Clayton Corbett

Mr. Corbett has knowledge of the improper conduct and activities at the AON Houston office, including acts of Mr. Winters.

33. Erik Vicktorin

Mr. Vicktorin has knowledge of improper conduct by AON employees and of the hostile work environment.

34. Joe Eztler

Mr. Eztler has knowledge of the AON legal and HR investigations.

35. Sarah Heffron

Ms. Heffron has knowledge regarding investigations conducted following Plaintiff's complaints to management of AON.

36. Beth Ann Andrews

    Ms. Andrews has knowledge regarding investigations conducted following Plaintiff's complaints to management of AON.

37. Kevin Holley

    Mr. Holly has knowledge of David Lopez's sexual harassment.

38. Becky Piettrowski

    Ms. Piettrowski has knowledge of reports about gender discrimination and sexual harassment.

39. Sherry Thayer

    Ms. Thayer has knowledge of improper conduct by Tracey Erwin and asked to be taken off her accounts.

**The following former employees of the AON Defendants:**
Plaintiff does not have current information on –

40. Wynne Sharpe

    Mr. Sharpe has knowledge of disparagement and job opportunities.

41. Phil Lukefahr

    Mr. Lukefahr has knowledge of the improper conduct and activities at the AON Houston office, including acts of Mr. Winters.

42. Ray Ward

    Mr. Ward has knowledge of the improper conduct and activities at the AON Houston office, including acts of Mr. Sakellakis, and of the hostile work environment.

43. Vicki Wawe
    200 Westlake Park Blvd., Suite 800
    Houston, TX 77079
    (281) 968-4473

Ms. Wawe has knowledge of improper conduct by AON employees and of the hostile work environment.

44. Kim Avocato
    1330 Lake Robbins Dr., Suite 405
    The Woodlands, TX 77380
    (832) 299-7678

    Ms. Avocato has knowledge of improper conduct by AON employees and of the hostile work environment.

45. Nancy Solorio
    2525 Harding Ln.
    Woodstock, IL 60098
    (815) 880-5226

    Ms. Solorio has knowledge of Plaintiff's complaints to management and communications and investigations regarding those complaints.

46. John Keely
    3134 Newcastle Dr.
    Houston, TX 77027
    (713) 784-7500

    Mr. Keely has knowledge of the improper conduct and activities at the AON Houston office, including acts of Mr. Foreman.

47. Tina Nguyen

    Ms. Nguyen has knowledge of improper conduct by Tracey Erwin and asked to be taken off her accounts.

48. Jacqui Singer
    2929 Allen Pkwy, Suite 1300
    Houston, TX 77019
    (713) 342-7300

    Ms. Singer has knowledge of the improper conduct and activities at the AON Houston office, including acts of Mr. Winters.

49. Tracey Haveman

   Ms. Haveman has knowledge of improper conduct by Tracey Erwin and asked to be taken off her accounts. She also has knowledge of the hostile office environment.

50. Sahil Akbarali
   5151 San Felipe, Suite 1200
   Houston, TX 77056
   (713) 513-6200

   Mr. Akbarali has knowledge of the improper conduct and activities at the AON Houston office, including acts of Mr. Winters.

51. Melissa Cruz

   Ms. Cruz has knowledge of improper conduct by AON employees and of the hostile work environment.