# EXHIBIT 2

| | |
|---|---|
| **From:** | Kendall Montgomery |
| **To:** | Anand, Nehal S.; Prihoda, Nathan |
| **Cc:** | Fred Hagans |
| **Subject:** | Mena v. AON |
| **Date:** | Thursday, November 14, 2019 11:38:13 AM |

**[EXTERNAL E-MAIL]**

Nehal and Nathan:

After review of the proposed Agreed Order Pursuant to Rule of Evidence 502(d), we are not in agreement to an Order addressing the issue. We believe Rule of Evidence 502 specifically addresses and handles the situation of any inadvertent disclosure of protected information and what does or does not constitute a waiver of a privilege. As discussed in our call this morning, we have never had a situation arise where the rules governing inadvertent disclosure were not found to be effective in dealing with the situation.

Regards,

Kendall

**Kendall C. Montgomery**

Hagans Montgomery & Rustay

3200 Travis, 4th Floor

Houston, Texas  77006

713-222-2700 Fax 713-547-4950

## CONFIDENTIALITY STATEMENT

This message and all attachments are confidential and may be protected by the attorney-client and other privileges.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  You must delete this message and any copy (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission or by calling Hagans Montgomery & Rustay, P.C. at 713-222-2700.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.  Thank you for your cooperation.