# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **MARIANELA MENA,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | |
| § | |
| **AON RISK SERVICES SOUTHWEST** § | **Civil Action No.: 4:19-cv-02595** |
| **INC., AON SERVICE** § | |
| **CORPORATION, AON PLC, AND** § | |
| **BRUCE JEFFERIS,** § | |
| § | |
| **Defendants.** § | |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff and Defendants file this Joint Motion for Entry of a Confidentiality and Protective Order.  The proposed agreed Order is attached hereto as Exhibit 1.

Dated: February 3, 2020

*Of Counsel:*

**Kerry E. Notestine**
Texas Bar No. 15116950
Federal ID No. 2423
Email:  knotestine@littler.com
**Nathan Prihoda**
Texas Bar No. 24068070
Federal I.D. No. 2720481
Email:  nprihoda@littler.com
**Littler Mendelson, P.C.**
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

*/s/ Nehal S. Anand*
**Nehal S. Anand** (Attorney in Charge)
Texas Bar No. 24070600
Federal ID No. 1061200
Email:  nanand@littler.com
**Littler Mendelson, P.C.**
1301 McKinney Street, Suite 1900
Houston, Texas  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

Of Counsel:

**Kendall C. Montgomery**
Texas Bar No. 14293900
Federal ID No. 4206
kmontgomery@hagans.law
**Hagans Montgomery Hagans**
3200 Travis, Fourth Floor
Houston, Texas  77006
713.222.2700 (Telephone)
713.547.4950 (Facsimile)

*/s/ Fred Hagans*
**Fred Hagans**  (Attorney in Charge)
Texas Bar No. 08685500
Federal ID No. 2457
Email: fhagans@hagans.law
**Hagans Montgomery Hagans**
3200 Travis, Fourth Floor
Houston, Texas  77006
713.222.2700 (Telephone)
713.547.4950 (Facsimile)


**Keith Taunton**
Texas Bar No. 19681100
Federal ID No. 5372
ktauton@tsplaw.com
**Taunton, Snyder & Parish**
580 Westlake Park Blvd., Suite 1120
Houston, TX 77079
713.961.5800 (Telephone)
713.993.2308 (Facsimile)

**Vincent L. Marable, III**
Texas Bar No. 12961600
Federal ID No. 10385
trippmarable@sbcglobal.net
**Paul Webb, P.C.**
221 N. Houston
Wharton, Texas  77488
979.532.5331 (Telephone)
979.532.2902 (Facsimile)

**ATTORNEYS FOR PLAINTIFF MARIANELA MENA**

4849-3584-7859.1 026861.1147